**IN THE U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re | : | |
|    Sylvia Ann Atkinson | : | Case No.: 13-54196 |
| | : | |
| | : | Chapter 13 |
|    Debtors | : | |
| | : | Judge Preston |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the Debtor changed his address to:

   8267 Kathleen Circle
   Reynoldsburg, Ohio 43068

                             Respectfully submitted,

                             _/s/_ Athena Inembolidis
                             Athena Inembolidis (0079362)
                             625 City Park Avenue
                             Columbus, Ohio 43206
                             614-222-0055
                             614-230-0678 (fax)
                             Athena@AthenaLegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2015, a copy of the Notice of Change of Address was served on the registered ECF participants, **electronically,** through the court's ECF System at the email addresses registered with the court and on the following by **ordinary U.S. Mail** addressed to:

Sylvia Atkinson, 8267 Kathleen Circle, Reynoldsburg, Ohio 43068

   /s/ Athena Inembolidis
Athena Inembolidis (0079362)